1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY A. SPIVAK
   Special Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:12-MJ-00237-CKD |
|---|---|---|
| Plaintiff, | ) | Stipulation and Order to Continue Bench Trial |
| v. | ) | |
| JAMES M. HURLEY, | ) | Date: November 16, 2012 |
| | ) | Time: 9:30 a.m. |
| Defendant. | ) | Judge: Hon. Carolyn K. Delaney |

It is hereby stipulated and agreed between the United States and the defendant by and through their respective counsel that the previously scheduled bench trial set for November 16, 2012 at 9:30 a.m. be continued to January 7, 2013 at 9:30 a.m.  Further time is required for defense counsel to prepare a defense and consult with their client, and to allow the parties to discuss a plea agreement.

//
//
//
//
//

1

1     Accordingly, the parties jointly request the Court continue
2  the previously scheduled bench trial set for November 16, 2012 at
3  9:30 a.m. to January 7, 2013 at 9:30 a.m.

DATED: October 31, 2012                BENJAMIN B. WAGNER
                                       United States Attorney


                                       By: /s/ Jeffrey A. Spivak
                                       JEFFREY A. SPIVAK
                                       Special Assistant U.S. Attorney

DATED: October 31, 2012                DANIEL J. BRODERICK
                                       Federal Defender


                                       (as authorized on 10/30/12)
                                       By: /s/ Rachelle Barbour
                                       RACHELLE BARBOUR
                                       Attorney for Defendant

                              O R D E R

IT IS SO ORDERED:

DATED: October 31, 2012


/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
United States Magistrate Judge