BENJAMIN B. WAGNER
United States Attorney
ASHWIN JANAKIRAM
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:12-MJ-00237-CKD |
| | ) | |
| Plaintiff, | ) | Stipulation and Order to |
| | ) | Continue Bench Trial |
| v. | ) | |
| | ) | |
| JAMES M. HURLEY, | ) | Trial Date: January 7, 2013 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Judge: Hon. Carolyn K. Delaney |
| | ) | |

It is hereby stipulated and agreed between the United States and the defendant, by and through their respective counsel, that the previously scheduled bench trial set for January 7, 2013 at 9:30 a.m. be continued to February 19, 2013 at 9:30 a.m.  Such a continuance will allow defense counsel to further prepare a defense and consult with their client and simultaneously resolve a scheduling conflict for plaintiff's counsel.

//

//

//

//

//

1

Accordingly, the parties jointly request the Court continue the previously scheduled bench trial set for January 7, 2013 at 9:30 a.m. to February 19, 2013 at 9:30 a.m.

DATED: December 20, 2012          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By: /s/ Ashwin Janakiram
                                  ASHWIN JANAKIRAM
                                  Special Assistant U.S. Attorney


DATED: December 20, 2012          DANIEL J. BRODERICK
                                  Federal Defender


                                  (as authorized on 12/18/12)
                                  By: /s/ Rachelle Barbour
                                  RACHELLE BARBOUR
                                  Attorney for Defendant

O R D E R

IT IS SO ORDERED:

DATED: December 20, 2012


/s/ Carolyn K. Delaney
HON. CAROLYN K. DELANEY
United States Magistrate Judge